RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/17/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDERIC LUBRON BIRGANS<br>LA. DOC #564392 | CIVIL ACTION NO. 11-1242 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, CLAIBORNE PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner has failed to exhaust available State court remedies.

**MONROE, LOUISIANA**, this 17 day of October, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE