RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/17/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDERIC LUBRON BIRGANS<br>LA. DOC #564392 | CIVIL ACTION NO. 11-1242 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN, CLAIBORNE PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case, the requirements of 28 U.S.C. § 2253, and the Supreme Court's decision in Slack v. McDaniel, 529 U.S. 473, 478 (2000), hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 17 day of October, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE